BRYAN CAVE LLP
David H. Raizman (State Bar No. 129407)
Jeannette S. José (State Bar No. 205349)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200

Attorneys for Defendant
Maritz Inc.

JS-6
PSEND

FILED 10-10-02

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZ INC., <br><br> Plaintiff, <br><br> vs. <br><br> PETER M. CUSICK, CHARLES T. STAIN, MICHAEL E. WRASHCEK, EXCELLENCE IN MOTIVATION, INC., <br><br> Defendants. | Case No. 02-7346 DT (AJWx) <br><br> **STIPULATED NOTICE OF DISMISSAL** <br><br> Judicial Officer: Hon. Christina A. Snyder |

✓ Docketed
PS Copies / NTC Sent
✓ JS - 5 / (JS - 6)
__ JS - 2 / JS - 3
__ CLSD

OCT 11 2002

SM01 459259

1

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Maritz Inc. and defendants Peter M. Cusick, Charles T. Stain, Michael E. Wraschek and Excellence In Motivation, Inc. have stipulated and agreed, and hereby give notice, that they have reached a settlement in connection with the above-captioned matter and accordingly give notice of dismissal with prejudice of all claims in this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: October 9, 2002

BRYAN CAVE LLP
David H. Raizman
Jeannette S. José

By: /s/ David H. Raizman
David H. Raizman
Attorneys for Plaintiff
Maritz Inc.

Dated: October __, 2002

CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP
Patricia Glaser
Mark L. Block
Ross Kutash

By: /s/ Mark L. Block
Mark L. Block/Patricia Glaser/Ross Kutash
Attorneys for Defendant
Excellence In Motivation, Inc.

Dated: October __, 2002

WHITWELL JACOBY EMHOFF LLP
Ben D. Whitwell

By: _____
Ben D. Whitwell
Attorneys for Defendants
Peter M. Cusick, Charles T. Stain and Michael E. Wraschek

459259

2

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

1  Plaintiff Maritz Inc. and defendants Peter M. Cusick, Charles T. Stain, Michael E.
2  Wraschek and Excellence In Motivation, Inc. have stipulated and agreed, and hereby give
3  notice, that they have reached a settlement in connection with the above-captioned matter
4  and accordingly give notice of dismissal with prejudice of all claims in this case pursuant
5  to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: October 9, 2002

BRYAN CAVE LLP
David H. Raizman
Jeannette S. José

By: _____
David H. Raizman
Attorneys for Plaintiff
Maritz Inc.

Dated: October __, 2002

CHRISTENSEN, MILLER, FINK,
JACOBS, GLASER, WEIL &
SHAPIRO, LLP
Patricia Glaser
Mark L. Block
Ross Kutash

By: _____
Mark L. Block/Patricia Glaser/Ross Kutash
Attorneys for Defendant
Excellence In Motivation, Inc.

Dated: October 10, 2002

WHITWELL JACOBY EMHOFF LLP
Ben D. Whitwell

By: _____
Ben D. Whitwell
Attorneys for Defendants
Peter M. Cusick, Charles T. Stain and Michael E. Wraschek

459259

2

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE